IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No. 1:26-cr-023 |
| TYLER VALENZIA, | ) | |
| | ) | |
| *Defendant*. | ) | |
| | ) | |
| | ) | |

## **<u>ORDER</u>**

It is hereby

**ORDERED** that the Motions hearing, currently scheduled for May 20, 2026, is

CONTINUED to May 27, 2026 at 9:00 a.m.

The Clerk is directed to send a copy of this Order to all counsel of record.

March 16, 2026
Alexandria, Virginia

Anthony J. Trenga
Senior U.S. District Judge

1